IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DESERT ORCHID PARTNERS, L.L.C.,** individually and on behalf of all others similarly situated, | ) ) ) ) | **8:02CV553** |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| **TRANSACTION SYSTEMS ARCHITECTS, INC., et al.,** | ) ) ) | |
| Defendants. | ) ) | |
| **NANCY ROSEN, individually and on behalf** of herself and all others similarly situated, | ) ) ) | **8:02CV561** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| **TRANSACTION SYSTEMS ARCHITECTS, INC., et al.,** | ) ) ) | |
| Defendants. | ) ) | |

   This matter is before the court on the parties' Joint Motion for Extension of Time to Complete Fact Discovery (Filing No. 125, in case 8:02CV553 and Filing No. 169, in case number 8:02CV561). The deadline for the parties' fact discovery is November 4, 2005. **See** Filing No. 109, in case 8:02CV553 and Filing No. 149, in case number 8:02CV561. The parties seek until February 3, 2006, to complete fact discovery. Upon consideration,

   **IT IS ORDERED:**

   1.   The parties' Joint Motion for Extension of Time to Complete Fact Discovery (Filing No. 125, in case 8:02CV553 and Filing No. 169, in case number 8:02CV561) is granted.

      2.      The parties shall have to **on or before February 3, 2006,** to conduct and complete fact discovery.

      DATED this 30th day of August, 2005.

                                           BY THE COURT:

                                           s/Thomas D. Thalken
                                           United States Magistrate Judge