# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DESERT ORCHID PARTNERS, and GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | 8:02CV553 |
| v. | ) ) | |
| **TRANSACTION SYSTEMS ARCHITECTS, WILLIAM E. FISCHER, DWIGHT G. HANSON, GREGORY J. DUMAN, EDWARD FUXA, and DAVID C RUSSELL,** | ) ) ) ) ) ) | **ORDER** |
| **Defendants.** | ) | |

The Clerk's Office has requested that Document Number 131 be stricken from the record for the following reason:

- Incorrect/Incomplete PDF document attached.

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 131 from the record. The party is directed to re-file the document.

DATED this 20th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge