# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DESERT ORCHID PARTNERS, L.L.C.,** individually and on behalf of all others similarly situated, | ) ) ) ) | **8:02CV553** |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| **TRANSACTION SYSTEMS ARCHITECTS, INC., WILLIAM E. FISHER, GREGORY J. DUMAN, DWIGHT G. HANSON, DAVID C. RUSSELL, and EDWARD FUXA,** | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| **NANCY ROSEN,** individually and on behalf Of herself and all others similarly situated, | ) ) ) | **8:02CV561** |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| **TRANSACTION SYSTEMS ARCHITECTS, INC., WILLIAM E. FISHER, GREGORY J. DUMAN, DWIGHT G. HANSON, DAVID C. RUSSELL and EDWARD FUXA,** | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiffs' Notice of Withdrawal of Plaintiffs' Motion to Compel Production of Unredacted Audit Committee Minutes as Moot (Filing No. 152 in case 8:02CV553; Filing No. 197 in case 8:02CV561). On September 29, 2005, the plaintiffs filed a motion to compel the defendants to produce an unredacted version of the minutes of the August 9, 2002 meeting of the Audit Committee of the Board of Directors of Defendant Transaction Systems Architects, Inc. (Filing No. 137 in case 8:02CV553; Filing No. 181 in

case 8:02CV561).  The plaintiffs seek to withdraw the motion to compel because the defendants produced an unredacted version of such minutes.  Upon consideration,

**IT IS ORDERED:**

The Clerk of Court shall term the plaintiffs' Motion to Compel Production of Unredacted Audit Committee Minutes (Filing No. 137 in case 8:02CV553; Filing No. 181 in case 8:02CV561) on the docket.

DATED this 19th day of October, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge