IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DESERT ORCHID PARTNERS, L.L.C.,** individually and on behalf of all others similarly situated, | ) ) ) ) | **8:02CV553** |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| **TRANSACTION SYSTEMS ARCHITECTS, INC., WILLIAM E. FISHER, GREGORY J. DUMAN, DWIGHT G. HANSON, DAVID C. RUSSELL and EDWARD FUXA,** | ) ) ) ) ) | |
| Defendants. | ) ) | |
| **NANCY ROSEN, individually and on behalf** Of herself and all others similarly situated, | ) ) ) | **8:02CV561** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| **TRANSACTION SYSTEMS ARCHITECTS, INC., WILLIAM E. FISHER, GREGORY J. DUMAN, DWIGHT G. HANSON, DAVID C. RUSSELL and EDWARD FUXA,** | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court following a telephone status conference with counsel on January 9, 2006. The parties reported that mediation has been unsuccessful and the mediation stay should be vacated. Further, the parties agreed to provide the court with a proposed planning schedule on or before January 20, 2006. Accordingly,

**IT IS ORDERED:**

1. The mediation stay imposed by the court is vacated.

2. The parties shall submit a joint planning report to the court **on or before January 20, 2006.**

DATED this 9th day of January, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge