IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DESERT ORCHID PARTNERS, L.L.C.,** individually and on behalf of all others similarly situated, | ) ) ) ) | **8:02CV553** |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | **ORDER** |
| **TRANSACTION SYSTEMS ARCHITECTS, INC., WILLIAM E. FISHER, GREGORY J. DUMAN, DWIGHT G. HANSON, DAVID C. RUSSELL and EDARD FUXA,** | ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |
| **NANCY ROSEN, individually and on behalf Of herself and all others similarly situated,** | ) ) ) | **8:02CV561** |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | |
| **TRANSACTION SYSTEMS ARCHITECTS, INC., WILLIAM E. FISHER, GREGORY J. DUMAN, DWIGHT G. HANSON, DAVID C. RUSSELL and EDWARD FUXA,** | ) ) ) ) ) ) | |
| **Defendants.** | ) | |

This matter comes before the court on the motion of the lead plaintiff and the class representative (the plaintiffs) to extend time (Filing No. 188 in case 8:02CV553; Filing No. 232 in case 8:02CV561). The plaintiffs seek an extension of the deadline to respond to the defendants' Motion to Quash and Motion for Protective Order (Filing No. 178 in case 8:02CV553; Filing No. 222 in case 8:02CV561). However, on December 8, 2005, the court denied the defendants' motion without prejudice, in accordance with the practices of this court and General Order No. 2005-21. **See** Filing No. 183 in case 8:02CV553; Filing No. 227 in

case 8:02CV561. Accordingly the plaintiffs' motion will be denied as moot. Upon consideration,

**IT IS ORDERED:**

The plaintiffs' motion for extension of time (Filing No. 188 in case 8:02CV553; Filing No. 232 in case 8:02CV561) is denied, as moot.

DATED this 12th day of January, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge