IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DESERT ORCHID PARTNERS, L.L.C., individually and on behalf of all others similarly situated, | ) ) ) ) | 8:02CV553 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| TRANSACTION SYSTEMS ARCHITECTS, INC., WILLIAM E. FISHER, GREGORY J. DUMAN, DWIGHT G. HANSON, DAVID C. RUSSELL and EDARD FUXA, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| NANCY ROSEN, individually and on behalf Of herself and all others similarly situated, | ) ) ) | 8:02CV561 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| TRANSACTION SYSTEMS ARCHITECTS, INC., WILLIAM E. FISHER, GREGORY J. DUMAN, DWIGHT G. HANSON, DAVID C. RUSSELL and EDWARD FUXA, | ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the motion for leave to withdraw of Thomas J. Culhane and the law firm Erickson & Sederstrom, P.C. (Filing No. 306 in Case No. 8:02CV553 and Filing No. 348 in Case No. 8:02CV561) as counsel for the defendants. The court notes other local counsel represents the defendants.  **See** Filing No. 293 in Case No. 8:02CV553 and Filing No. 335 in Case No. 8:02CV561.  The court finds moving counsel has shown good cause for withdrawal as required under NEGenR 1.3(f).  Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Thomas J. Culhane and Erickson & Sederstrom, P.C. (Filing No. 306 in Case No. 8:02CV553 and Filing No. 348 in Case No. 8:02CV561) as counsel for the defendants is granted.

2. The Clerk of Court shall stop all electronic notices to Thomas J. Culhane and Erickson & Sederstrom, P.C. regarding this case.

DATED this 2nd day of June, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge