IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DESERT ORCHID PARTNERS, L.L.C., individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:02CV553 |
| v. | ) ) | |
| TRANSACTION SYSTEMS ARCHITECTS, INC., WILLIAM E. FISCHER, GREGORY J. DUMAN, DWIGHT G. HANSON, DAVID C. RUSSELL, and EDWARD FUXA | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |
| NANCY ROSEN, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | 8:02CV561 |
| v. | ) ) | |
| TRANSACTION SYSTEMS ARCHITECTS, INC., WILLIAM E. FISCHER, GREGORY J. DUMAN DWIGHT G. HANSON, DAVID C. RUSSELL, and EDWARD FUXA, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Pursuant to Stipulation of Settlement and Order Preliminarily Approving Settlement (Filing Nos. 350 & 351 in 8:02CV553 & Filing Nos. 391 and 392 in 8:02CV561), all pending motions (Filing Nos. 315, 337, 348 & 350 in 8:02CV553 & Filing Nos. 357, 379, 386, 389 and 391 in 8:02CV561), are hereby denied as moot.

SO ORDERED.

DATED this 20th day of November, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge