# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 07-1720

_____

Genesee County Employees' Retirement System; Desert Orchid Partners, L.L.C., individually and on behalf of all others similarly situated,

Plaintiffs - Appellees

v.

Dwight G. Hanson; Transaction Systems Architects, Inc.; William E. Fischer; Gregory J. Duman; Edward Fuxa; David C. Russell,

Defendants - Appellees

v.

James H. Sykora; Thomas G. Foley,

Interested parties

James J. Hayes,

Interested party - Appellant

Alan Young; Karen Young,

Interested parties

------------------------------

Nancy Rosen, On Behalf of Herself and All Others Similarly Situated; Genesee County Employees' Retirement System,

Plaintiffs - Appellees

v.

Transaction Systems Architects, Inc.; Dwight G. Hanson,

Defendants - Appellees

Greg Duman,

Defendant

William E. Fischer; Edward Fuxa,

Defendants - Appellees

Harlan F. Seymour,

Defendant

James J. Hayes,

Interested party - Appellant

David Russel,

Defendant - Appellee

_____

Appeal from District of Nebraska - Omaha
(8:02-cv-00553-JFB)
(8:02-cv-00561-JFB)

_____

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 13, 2008

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans