# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 07-1720

Genesee County Employees' Retirement System and Desert Orchid Partners, L.L.C., individually and on behalf of all others similarly situated,

Appellees

v.

Dwight G. Hanson, et al.,

Appellees

v.

James H. Sykora and Thomas G. Foley,

James J. Hayes,

Appellant

Alan Young and Karen Young,

------------------------------

Nancy Rosen, On Behalf of Herself and All Others Similarly Situated and Genesee County Employees' Retirement System,

Appellees

v.

Transaction Systems Architects, Inc. and Dwight G. Hanson,

Appellees

Greg Duman,

William E. Fischer and Edward Fuxa,

Appellees

Harlan F. Seymour,

James J. Hayes,

Appellant

David Russel,

Appellee

---

Appeal from District of Nebraska - Omaha
(8:02-cv-00553-JFB)
(8:02-cv-00561-JFB)

---

## MANDATE

In accordance with the opinion and judgment of 08/13/2008, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 29, 2008

Clerk, U.S. Court of Appeals, Eighth Circuit